IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

      Plaintiff,

v.                                   CASE NO.  4:13cv588-RH/CAS

REAL PROPERTY LOCATED
AT 1207 MALLOY AVENUE W,
PERRY, FLORIDA WITH ALL
IMPROVEMENTS AND
APPURTENANCES THEREON,

      Defendant.

_____/

## ORDER CLOSING THE FILE

The plaintiff has filed a status report and notice of voluntary dismissal without prejudice.  ECF No. 7.  The notice is effective without an order.  *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).  This order confirms that the case has been dismissed.  The clerk must close the file.

      SO ORDERED on April 11, 2014.

                                            s/Robert L. Hinkle
                                            United States District Judge